NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**THE OHIO WILLOW WOOD COMPANY,**
*Plaintiff/Counterclaim-Defendant-Appellant,*

v.

**THERMO-PLY, INC.,**
*Defendant/Counterclaimant-Cross Appellant,*

**and**

**COASTAL LINERS, LLC,**
*Counterclaimant-Appellee.*

_____

2010-1119, -1269

_____

Appeal from the United States District Court for the Eastern District of Texas in No. 07-CV-0274, Judge Ron Clark.

_____

**JUDGMENT**

_____

JEFFREY S. STANDLEY, Standley Law Group, LLP, of Dublin, Ohio, argued for Plaintiff/Counterclaim Defendant-Appellant.  With him on the brief were JAMES L. KWAK, F. MICHAEL SPEED, JR. and MICHAEL R. STONEBROOK.

RICHARD E. FEE, Fee & Jeffries, P.A., of Tampa, Florida, argued for Defendant/Counrterclaimant-Cross Appellant, and Counterclaimant-Appellee.  With him on the brief was KATHLEEN M. WADE.

DAVID W. WICKLUND, Shumaker, Loop & Kendrick, LLP, of Toledo, Ohio, for amicus curiae. With him on the brief was RONALD A. CHRISTALDI, of Tampa, Florida.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LINN and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| December 7, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |